

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00057-CR

EDWARD WIX III                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1398394W

----------

## MEMORANDUM OPINION[1]

----------

Appellant Edward Wix III attempts to appeal from his conviction for theft of property under $1,500 with two prior convictions. Wix pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to six months' confinement in state jail. The trial court's certification of his

---

[1]*See* Tex. R. App. P. 47.4.

right to appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On February 20, 2015, we notified Wix that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before March 2, 2015, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 2, 2015